**Order entered July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01425-CV

**ALBERT MORRIS AND TILDA MORRIS, ET AL., Appellants**

**V.**

**UNIFIED HOUSING FOUNDATION INC., ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15358**

## ORDER

We **GRANT** appellants' motion for extension to file corrected brief and **ORDER** the

brief be filed no later than August 11, 2014.


/s/    ELIZABETH LANG-MIERS
       JUSTICE